| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C | Middle District Pennsylvania | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 847<br>Harrisburg, PA 17108-0847 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 15 P 1:39 RECEIVED DISCLOSURE OFFICE FINANCIAL

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Widener University (part time law professor) |
| 2. | 2006 | Commonwealth of Pennsylvania |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Colburn Bertholon Rowland | July 23 and 24, 2006 - Hershey, PA - Meals, lodging and golf |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | 5 tickets to NBA basketball game | Drew Anthon | $ 750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | J | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 3. Wachovia Bank cash account | A | Interest | J | T | | | | | |
| 4. Legacy Bank account (closed 2006) | A | Interest | | | | | | | |
| 5. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 6. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 7. BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 8. BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 9. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | | | | | |
| 10. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | | | | | |
| 11. - DWS Dreman High Return Equity Fund (formerly Scudder) | A | Dividend | J | T | | | | | |
| 12. BROKERAGE ACCOUNT #9 | | | | | | | | | |
| 13. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | | | | | |
| 14. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | | | | | |
| 15. - DWS Dreman High Return Equity Fund (formerly Scudder) | A | Dividend | J | T | | | | | |
| 16. - Fidelity Advisor New Insights Fund | A | Dividend | J | T | Bought | 04/19 | J | | |
| 17. BROKERAGE ACCOUNT #10 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Van Kampen Comstock Fund Class A | A | Dividend | J | T | | | | | |
| 19.   - Janus Advisor Forty Fund Class A | A | Dividend | J | T | | | | | |
| 20.   - DWS Dreman High Return Equity Fund (formerly Scudder) | A | Dividend | J | T | | | | | |
| 21.   Conseco Life Insurance Co. - flexible life insurance policy | | None | J | T | | | | | |
| 22.   MORGAN STANLEY IRA #1 (Rolled over to Merrill Lynch IRRA #1) | | | | | | | | | |
| 23.   - Liquid Asset Fund (cash equivalent account) | A | Dividend | | | Withdrawal | 08/15 | L | | (Roll-over to line 122) |
| 24. | | | | | Withdrawal | 11/22 | K | | (Roll-over to line 123) |
| 25.   - Small-Mid Special Value Fund | | None | | | | | | | |
| 26. | | | | | Bought | 01/04 | K | | |
| 27. | | | | | Bought | 01/20 | J | | |
| 28. | | | | | Bought | 03/01 | J | | |
| 29. | | | | | Sold | 08/10 | K | B | |
| 30.   - Van Kampen Comstock Fund A | | None | | | Sold | 03/01 | J | A | |
| 31.   - United Parcel Service Inc. common stock | | None | | | Sold | 01/20 | K | | |
| 32.   - Unit VK IPOX-30 Index Portfolio 2005-3 | | None | | | Sold | 03/20 | K | B | |
| 33.   - Suncor Energy Inc. common stock | A | Dividend | | | Withdrawal | 08/09 | K | | (Roll-over to line 124) |
| 34.   - Chesapeake Energy Corp common stock | A | Dividend | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Bought | 01/17 | K | | |
| 36. | | | | | Sold | 03/30 | K | B | |
| 37.   - MGM Mirage common stock | | None | | | | | | | |
| 38. | | | | | Bought | 01/17 | K | | |
| 39. | | | | | Bought | 03/08 | K | | |
| 40. | | | | | Sold | 03/27 | L | D | |
| 41.   - Gold Fields Ltd. SP. ADR | | None | | | Sold | 01/17 | K | D | |
| 42.   - Unit Claymore Security Global Water Equities Port Series 2 | A | Dividend | | | Sold | 05/11 | K | D | |
| 43.   - Unit VK Cohen & Steers Global Real Estate Port 2005-4 | A | Dividend | | | Withdrawal | 08/09 | K | | (Roll-over to line 126) |
| 44.   - Pepsi Bottling Group Inc. common stock | A | Dividend | | | Sold | 01/03 | J | A | |
| 45.   - Constellation Brands Inc. Class A common stock | | None | | | Sold | 04/17 | J | A | |
| 46.   - Yum Brands Inc. common stock | | None | | | Sold | 01/03 | J | A | |
| 47.   - Medtronic Inc. common stock | A | Dividend | | | Sold | 03/07 | K | D | |
| 48.   - Ivy Global Natural Resources Fund Class A | | None | | | | | | | |
| 49. | | | | | Bought | 03/07 | K | | |
| 50. | | | | | Bought | 03/14 | K | | |
| 51. | | | | | Withdrawal | 08/09 | L | | (Roll-over to line |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | 128) |
| 52. - Henderson International Opportunities Fund Class A | | None | | | | | | | |
| 53. | | | | | Bought | 01/03 | J | | |
| 54. | | | | | Withdrawal | 08/09 | L | | (Roll-over to line 130) |
| 55. - Fidelity Adv. New Insights Fund Class A | | None | | | | | | | |
| 56. | | | | | Bought | 01/04 | K | | |
| 57. | | | | | Bought | 01/20 | J | | |
| 58. | | | | | Withdrawal | 08/09 | L | | (Roll-over to line 132) |
| 59. - Williams Company Inc. common stock | | None | | | Sold | 01/17 | K | B | |
| 60. - Copa Holdings SA, Class A | | None | | | Sold | 02/22 | K | | |
| 61. - Talisman Energy Inc. | | None | | | Sold | 01/23 | K | D | |
| 62. - Davita Inc. common stock | | None | | | Bought | 01/17 | K | | |
| 63. | | | | | Sold | 02/15 | K | C | |
| 64. - Norfolk Southern Corp common stock | A | Dividend | | | Bought | 01/23 | K | | |
| 65. | | | | | Sold | 02/22 | K | D | |
| 66. - Parlux Frangrancies Inc. common stock | | None | | | Bought | 03/07 | K | | |
| 67. | | | | | Sold | 03/08 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68.   - Henderson European Focus Fund A | | None | | | Bought | 03/08 | K | | |
| 69. | | | | | Bought | 03/20 | J | | |
| 70. | | | | | Withdrawal | 08/09 | L | | (Roll-over to line 134) |
| 71.   - Unit VK LBO Opportunity Fund 2006-1 | | None | | | Bought | 03/27 | K | | |
| 72. | | | | | Withdrawal | 08/09 | K | | (Roll-over to line 136) |
| 73.   - Prime Income Trust common stock | B | Dividend | | | Bought | 04/24 | K | | |
| 74. | | | | | Sold | 11/17 | K | | |
| 75.   - Morgan Stanley Zero Coupon Notes due 11/03/09 | | None | | | Bought | 04/27 | K | | |
| 76. | | | | | Withdrawal | 08/09 | K | | (Roll-over to line 138) |
| 77.   - Ivy Asset Strategy Fund A | A | Dividend | | | Bought | 05/11 | K | | |
| 78. | | | | | Withdrawal | 08/09 | K | | (Roll-over to line 140) |
| 79.   RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 80.   MORGAN STANLEY IRA #2 (Rolled over to Merrill Lynch IRRA #2) | A | Dividend | | | | | | | |
| 81.   - Ivy Global Natural Resources Fund, Class B | | | | | Withdrawal | 08/09 | J | | (Roll-over to line 160) |
| 82.   - Small-Mid Special Value Fund Class B | | | | | Withdrawal | 08/23 | J | | (Roll-over to line 161) |
| 83.   - Henderson International Opportunities Fund Class B | | | | | Withdrawal | 08/09 | J | | (Roll-over to line 163) |
| 84.   BROKERAGE ACCOUNT #11 (Closed | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2006) | | | | | | | | | |
| 85. - Cash equivalent accounts - Morgan Stanley Bank | A | Interest | | | Sold | 08/15 | K | | |
| 86. - Lockheed Martin Corp common stock | | None | | | Sold | 01/17 | K | B | |
| 87. - United Parcel Service Inc. Class B common stock | A | Dividend | | | Sold | 01/20 | K | | |
| 88. - Unit VK IPOX-30 Index Portfolio 2005-4 | A | Dividend | | | Sold | 03/20 | K | | |
| 89. - Henderson International Opportunities Fund Class A | | None | | | Withdrawal | 08/09 | K | | (Transfer to line 166) |
| 90. - Ivy Global Natural Resources Fund Class A | | None | | | Withdrawal | 08/09 | K | | (Transfer to line 167) |
| 91. - Small-Mid Special Value Fund | | None | | | | | | | |
| 92. | | | | | Bought | 01/20 | K | | |
| 93. | | | | | Partial sale | 07/26 | J | | |
| 94. | | | | | Sold | 08/10 | K | | |
| 95. - Petro Canada Common stock | | None | | | Sold | 01/30 | K | C | |
| 96. - Davita Inc. common stock | | None | | | Bought | 01/17 | K | | |
| 97. | | | | | Sold | 02/15 | K | B | |
| 98. - Boyd Gaming Corp common stock | A | Dividend | | | Bought | 01/17 | J | | |
| 99. | | | | | Bought | 01/20 | J | | |
| 100. | | | | | Sold | 03/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. - Chevron Corp common stock | A | Dividend | | | Bought | 02/03 | K | | |
| 102. | | | | | Sold | 05/09 | K | B | |
| 103. - Nuveen High Yield Municipal Bond Fund A | A | Interest | | | Bought | 02/22 | K | | |
| 104. | | | | | Sold | 06/21 | K | | |
| 105. - Henderson European Focus Fund A | | None | | | Bought | 03/10 | K | | |
| 106. | | | | | Withdrawal | 08/09 | K | | (Transfer to line 169) |
| 107. - Unit VK LBO Opportunity Fund 2006-1 | | None | | | Bought | 03/24 | K | | |
| 108. | | | | | Withdrawal | 08/10 | K | | (Transfer to line 170) |
| 109. - Ivy Asset Strategy Fund A | A | Dividend | | | Bought | 05/09 | K | | |
| 110. | | | | | Withdrawal | 08/09 | K | | (Transfer to line 172) |
| 111. - Unit VK DJ Microcap Fund 2006-3 | | None | | | Bought | 06/21 | K | | |
| 112. | | | | | Withdrawal | 08/10 | K | | (Transfer to line 174) |
| 113. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 114. - FA 529 Diversified International Portfolio | | None | K | T | | | | | |
| 115. - FA 529 Mid Cap Portfolio | | None | K | T | | | | | |
| 116. - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 117. FIDELITY ADVISOR 529 COLLEGE | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| SAVINGS PLAN #2 | | | | | | | | | |
| 118. - FA 529 Diversified International Portfolio | | None | K | T | | | | | |
| 119. - FA 529 Mid Cap Portfolio | | None | K | T | | | | | |
| 120. - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 121. MERRILL LYNCH IRRA #1 | | | | | | | | | |
| 122. - ML Bank money market account | B | Dividend | N | T | Deposit | 08/15 | L | | |
| 123. | | | | | Deposit | 11/27 | K | | |
| 124. - Suncor Energy Inc. common stock | A | Dividend | | | Deposit | 08/10 | K | | |
| 125. | | | | | Sold | 11/09 | K | D | |
| 126. - Unit VK Cohen & Steers Global Real Estate Port 2005-4 | A | Dividend | | | Deposit | 08/10 | K | | |
| 127. | | | | | Sold | 10/06 | K | D | |
| 128. - Ivy Global Natural Resources Fund Class A | | None | | | Deposit | 08/10 | L | | |
| 129. | | | | | Sold | 11/15 | L | D | |
| 130. - Henderson International Opportunities Fund Class A | C | Dividend | K | T | Deposit | 08/10 | L | | |
| 131. | | | | | Bought | 10/02 | K | | |
| 132. - Fidelity Adv. New Insights Fund Class A | | None | | | Deposit | 08/10 | L | | |
| 133. | | | | | Sold | 08/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. - Henderson European Focus Fund A | C | Dividend | M | T | Deposit | 08/10 | L | | |
| 135. | | | | | Bought | 12/19 | K | | |
| 136. - Unit VK LBO Opportunity Fund 2006-1 | | None | | | Deposit | 08/10 | K | | |
| 137. | | | | | Sold | 10/06 | K | | |
| 138. - Morgan Stanley Zero Coupon Notes due 11/03/09 | | None | | | Deposit | 08/10 | K | | |
| 139. | | | | | Sold | 09/06 | K | | |
| 140. - Ivy Asset Strategy Fund A | A | Dividend | | | Deposit | 08/10 | K | | |
| 141. | | | | | Sold | 10/02 | K | | |
| 142. - Hershey Company common stock | A | Dividend | | | Bought | 08/23 | K | | |
| 143. | | | | | Sold | 11/09 | K | | |
| 144. - MGM Mirage Inc. common stock | | None | | | Bought | 09/11 | K | | |
| 145. | | | | | Sold | 09/06 | K | D | |
| 146. - Statoil ASA common stock | | None | | | Bought | 09/11 | K | | |
| 147. | | | | | Sold | 11/09 | K | A | |
| 148. - Valero Energy Corp common stock | A | Dividend | | | Bought | 09/11 | K | | |
| 149. | | | | | Sold | 12/11 | K | A | |
| 150. - Boyd Gaming Corp common stock | A | Dividend | | | Bought | 09/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. | | | | | Sold | 11/09 | K | D | |
| 152. - Yamana Gold Inc. common stock | | None | | | Bought | 10/02 | K | | |
| 153. | | | | | Sold | 11/02 | K | B | |
| 154. - Bristol-Myers Squibb Company common stock | A | Dividend | | | Bought | 10/06 | K | | |
| 155. | | | | | Sold | 11/09 | K | A | |
| 156. - Ness Technologies Inc. common stock | | None | | | Bought | 10/06 | K | | |
| 157. | | | | | Sold | 11/09 | K | C | |
| 158. - ML&Company LIRN RGER Notes due 6/7/2010 | | None | K | T | Bought | 11/30 | K | | |
| 159. MERRILL LYNCH IRRA #2 | B | Dividend | J | T | | | | | |
| 160. - Ivy Global Natural Resources Fund, Class B | | | | | Deposit | 08/09 | J | | |
| 161. - Small-Mid Special Value Fund Class B | | | | | Deposit | 08/23 | J | | |
| 162. | | | | | Sold | 12/27 | J | A | |
| 163. - Henderson International Opportunities Fund Class B | | | | | Deposit | 08/09 | J | | |
| 164. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 165. - ML Bank USA money market account | A | Interest | J | T | Bought | 08/09 | K | | |
| 166. - Henderson International Opportunities Fund Class A | A | Dividend | K | T | Deposit | 08/09 | K | | |
| 167. - Ivy Global Natural Resources Fund Class | | None | | | Deposit | 08/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| A | | | | | | | | | |
| 168. | | | | | Sold | 11/15 | K | C | |
| 169.  - Henderson European Focus Fund A | A | Dividend | K | T | Deposit | 08/09 | K | | |
| 170.  - Unit VK LBO Opportunity Fund 2006-1 | | None | | | Deposit | 08/10 | K | | |
| 171. | | | | | Sold | 10/03 | K | | |
| 172.  - Ivy Asset Strategy Fund A | A | Dividend | | | Deposit | 08/09 | K | | |
| 173. | | | | | Sold | 09/27 | K | | |
| 174.  - Unit VK DJ Microcap Fund 2006-3 | | None | | | Deposit | 08/10 | K | | |
| 175. | | | | | Sold | 10/03 | K | | |
| 176.  - MGM Mirage Inc. common stock | | None | | | Bought | 09/11 | J | | |
| 177. | | | | | Sold | 10/17 | J | B | |
| 178.  - Statoil ASA ADR common stock | | None | | | Bought | 09/11 | J | | |
| 179. | | | | | Bought | 10/06 | J | | |
| 180. | | | | | Sold | 11/06 | K | B | |
| 181.  - Gold Fields SP ADR common stock | | None | | | Bought | 10/06 | K | | |
| 182. | | | | | Sold | 11/06 | K | A | |
| 183.  - Sunoco Inc. common stock | A | Dividend | | | Bought | 10/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. | | | | | Sold | 11/15 | J | B | |
| 185.  - Yamana Gold Inc. common stock | | None | | | Bought | 10/06 | J | | |
| 186. | | | | | Sold | 11/02 | J | B | |
| 187.  - Powershares ETF Water Resources | | None | K | T | Bought | 12/21 | K | | |
| 188.  - Powershares ETF Golden Dragon | | None | K | T | Bought | 12/21 | K | | |
| 189.  - Claymore Zachs Yield Hog ETF | A | Dividend | K | T | Bought | 12/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 7, Brokerage Account #7; This is a custodial account for which the filer is not the custodian. No individual asset in the account has a value in excess of $1,000. .

Part VII, Line 8, Brokerage Account #8; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000.

Part VII, Line 12, Brokerage Account #9; This is a custodial account for which the filer is not the custodian. Only four individual assets in the account have a value in excess of $1,000.

Part VII, Line 17, Brokerage Account #10; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date 5/14/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544